1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF NEVADA

7                                * * *

8   JOHN ALLEN LANOUE,                    Case No. 3:15-cv-00586-MMD-WGC

9                         Plaintiff,      ORDER ACCEPTING AND ADOPTING
                                          REPORT AND RECOMMENDATION
10        v.                              OF MAGISTRATE JUDGE
                                          WILLIAM G. COBB
    THOMAS E. LEEDS, et al.,
11
                         Defendants.
12

13        Before the Court is the Report and Recommendation of United States Magistrate

14   Judge William G. Cobb (ECF No. 3) ("R&R") relating to plaintiff's application to proceed

15   *in forma pauperis* (ECF No. 1) and *pro se* complaint (ECF No. 1-1). Plaintiff had until

16   March 25, 2016, to file an objection.  To date, no objection to the R&R has been filed.

17        This Court "may accept, reject, or modify, in whole or in part, the findings or

18   recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party

19   timely objects to a magistrate judge's report and recommendation, then the court is

20   required to "make a *de novo* determination of those portions of the [report and

21   recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails

22   to object, however, the court is not required to conduct "any review at all . . . of any issue

23   that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

24   Indeed, the Ninth Circuit has recognized that a district court is not required to review a

25   magistrate judge's report and recommendation where no objections have been filed. *See*

26   *United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard

27   of review employed by the district court when reviewing a report and recommendation to

28   which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219,

1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. Upon reviewing the R&R and proposed complaint, this Court finds good cause to accept and adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 3) is accepted and adopted in its entirety.

It is further ordered that plaintiff's application to proceed *in form pauperis* (ECF No. 1) is granted; however, pursuant to pursuant to 28 U.S.C. § 1915(b), he is still required to pay the full amount of the filing fee over time. Within thirty (30) days of the date of this order, Plaintiff will be required to pay an initial partial filing fee of $34.92. Thereafter, Plaintiff will be required to make monthly payments of twenty percent of the preceding month's income credited to his account to be forwarded by the agency having custody over Plaintiff to the Clerk of this Court each time the amount in Plaintiff's account exceeds $10 until the filing fee is paid..

It is further ordered that the Clerk detach and file the complaint (ECF No. 1-1).

It is further ordered that the complaint is dismissed with prejudice.

The Clerk is directed to close this case.

DATED THIS 9th day of May 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE